UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, *ex rel.*, NICOLE BISHOP-TREGEA, MARIA PIATGORSKI, JAMIE JOHNSON, and SHANNON STEWART,

   Plaintiffs,

v.

LANDMARK HOSPITALS, LLC, LANDMARK HOSPITAL OF SOUTHWEST FLORIDA, LLC, and LANDMARK MANAGEMENT and LANDMARK MANAGEMENT SERVICES, LLC,

   Defendants.

                                                                           Case No.: 2:20-cv-464-SPC-KCD

**FILED IN CAMERA AND UNDER SEAL**

## ORDER

Before the Court is the Government's Notice of Election to Decline Intervention (S-27) filed on January 26, 2024. Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Government notifies the Court of its decision not to intervene in this action, and requests that all future filings in the action be provided to it and that the seal be lifted. After considering the Government's Notice and the applicable law, the Court grants the Government's requests.

Accordingly, it is now **ORDERED**:

1. The Government's Notice of Election to Decline Intervention (S-27) is **GRANTED**.

2. The Complaint shall be unsealed and served upon Defendants by the relators.

3. The Clerk is directed to lift the seal on the Complaint (S-1), the Government's Notice (S-27), and this Order, which the relators will serve upon Defendants only after service of process has been affected on Defendants. All other papers filed in this action shall remain sealed.

4. The seal shall be lifted as to all other matters occurring in this action from the date of this Order moving forward.

5. Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). As also provided therein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. *See id.*

6. A copy of all Orders, Notices, and any other papers entered in this case by the Court shall be sent to counsel for the United States.

7. Before proposing that this action be dismissed, settled, or otherwise discontinued, the relators or the defendants shall first solicit the written consent of the United States.

**DONE** and **ORDERED** in Fort Myers, Florida on January 29, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copy:
All parties of record